# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

CASE NO.:  SACV-13-1841-R                    DATE: August 21, 2014

TITLE:     DANE ELEC CORP USA - V. - EPOS TECHNOLOGIES LTD
==================================================================
PRESENT:  HON. MANUEL L. REAL, UNITED STATES DISTRICT JUDGE

          Christine Chung                      N/A
           Deputy Clerk                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANT:

          Not present                          Not present


**PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF
PROSECUTION**

 Plaintiff is hereby ordered to show cause in writing by not later than
**August 28, 2014** why this action should not be dismissed for lack of prosecution.

 The court will consider the filing of the following as an appropriate response to
this Order to Show Cause, on or before the above date:

   • Proof of service of summons and complaint;

 In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local
Rule 7-15, no oral argument of this matter will be heard unless ordered by the court.
The Order will stand submitted upon the filing of the response to the Order to Show
Cause.  Failure to respond to the court's Order will result in the dismissal of the action.

 IT IS SO ORDERED.


**MINUTES FORM II**                    Initials of Deputy Clerk __CCH__
**CIVIL - GEN**