**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dane Elec Corp USA, | Case No.    SACV-13-1841-R |
|          Plaintiff(s), | |
|      v. | **ORDER OF DISMISSAL BY LACK OF PROSECUTION** |
| EPOS TECHNOLOGIES LTD, | |
|          Defendant(s). | |

   Plaintiff was ordered to show cause in writing by not later than **August 28, 2014** why this action should not be dismissed for lack of prosecution;

   WHEREAS, this period has elapsed without any action by plaintiff.

   The Court hereby DISMISSES the instant case for lack of prosecution.

Dated: August 29, 2014

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE